11/9/22

RE: Schulte v. United States of America,
1-22-CV-05841-EK-RML

RECEIVED NOV 30 2022 PRO SE OFFICE

To Whom it May Concern,

On October 13, 2022 I received a Fed. R. Civ. P. 73 Notice with a blank Magistrate-consent-form. There was no docket notice, introduction, case number, caption, judge name, Magistrate name, etc. My family was finally able to find EDNY case 05841 and relay that information for me, today, November 9, 2022. So I am mailing in the completed form (minus the government, i.e. opposing party's signature, as I am incarcerated). I just wanted to make sure the Court is aware that I am incarcerated with no access to the internet. Also, I am on SAMs so all my mail takes 3-6 weeks for me to receive it from the courts and 2-6 weeks for the Court to receive my mail. I consent to the magistrate judge & return the paper.

Finally, there are two outstanding issues necessary to resolve before I file my Rule 41(g) Motions.

First, at the moment the MDC is only permitting me these 6x9 in. pads. I ask the Court to order the MDC to provide legitimate notebooks as they did at MCC — there is no administrative remedy system functioning on the SAMs unit as all my BP-8s are discarded without any response since early spring 2022, for which I may need to file a separate civil suit against the dysfunctional unit manager Bullock.

Second, on June 3, 2022, I consented to a non-invasive "search" for the government to make a copy of the hard drive on my discovery laptop — not to turn it on, boot it, review the files on the system; and certainly not to inform the government about this search. This is preserved on the record with assurances from a district judge. However, this colloquy occurred at an afternoon classified hearing on 6/3/22, and the transcript is unavailable to me. I ask the Court to order the CISO Dan Heartenstine to conduct a classification review with the CIA to remove the unclassified discussions about the laptop and provide those transcripts to me so I can complete the 41(g) Motion.

11/9/22   Thanks,
Josh Schulte



# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**NOV 30 2022**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

BROOKLYN OFFICE

**Douglas C Palmer**
Clerk of Court

**Brenna B. Mahoney**
Chief Deputy and Counsel to the Clerk

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

## NOTICE

In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. You may consent to the magistrate judge who has been assigned to this case or to a new magistrate judge selected at random. Attached is a **blank** copy of the consent form that should be signed and filed electronically **only if** all parties wish to consent **and it is signed by all parties**. A consent form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf

**You may withhold your consent without adverse substantive consequences.**

**Do NOT return or file the consent <u>unless</u> all parties have signed the consent.**

AO 85 (Rev. EDNY 8/3/2012) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

Joshua Adam Schulte )
 Plaintiff )
 )
United States of America ) Civil Action No. 22-CV-05841-EK-RML
 Defendant )
 )

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent. You may consent to the magistrate judge assigned to this case or to a new magistrate judge selected at random.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.
Select one:   The parties consent to ___ the magistrate judge who is assigned to this case
                            ___ a new magistrate judge selected at random.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| Josh Schulte | [signature] | 11/9/22 |
| United States | — Unavailable since I am ~~going~~ incarcerated | |

In order for the Consent to be valid, all parties must sign this form and agree to the selection of the magistrate judge.

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____     _____
                          *District Judge's signature*

                         _____
                          *Printed name and title*

Note: Do not return the form to the Clerk of Court or file it on ECF unless all parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. Do not return this form to a Judge.

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
28 NOV 2022 PM 6 L

OUTGOING
LEGAL MAIL

ATTN: 22-CV-05841-EK-RML
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

USMS

11201-183299

