

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*Silvio Mollo Building
1 St. Andrew's Plaza
New York, NY 10007*

January 23, 2023

**BY ECF**

The Honorable Eric R. Komitee
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:   *Joshua Adam Schulte v. United States of America*,
             22 Civ. 5841 (ERK)

Dear Judge Komitee:

      The Government respectfully submits this letter to attach exhibits referenced in the Government's motion to dismiss Joshua Adam Schulte's *pro se* Complaint or to stay the action pending the resolution of parallel criminal proceedings in the Southern District of New York (Dkt. 8). Attached are (1) a search warrant dated July 27, 2022, for the Subject Device (the First Laptop Warrant) (Exhibit A); (2) a search warrant September 23, 2022, for the Subject Device (the Second Laptop Warrant) (Exhibit B); (3) a search warrant dated October 4, 2022 (Exhibit C); and (4) a second search warrant dated October 4, 2022 (Exhibit D).

                               Respectfully submitted,

                                 BREON PEACE
                               United States Attorney

          by: _____
                  Michael D. Lockard / David W. Denton, Jr.
                  Assistant United States Attorneys
                  Southern District of New York
                  (212) 637-2193 / -2274

Cc:   Joshua Adam Schulte
       (by mail)