**EXHIBIT A**

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)* )<br>)<br>In the Matter of the Application of the United States of America )<br>for a Search Warrant for an Asus Laptop Model Expert Book )<br>B9450 currently held at the Metropolitan Detention Center. ) | Case No.   22-MJ-798 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     New York
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT A

**YOU ARE COMMANDED** to execute this warrant on or before     August 9, 2022     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     the Duty Magistrate Judge     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  7/27/22     3:03 pm                        *Cheryl L. Pollak*
                                                                                                        *Judge's signature*

City and state:     Brooklyn, New York                    Hon. X̶X̶X̶X̶X̶X̶X̶X̶X̶ Roanne L. Mann     U.S.M.J.
                                                                                                        *Printed name and title*
                                                                                        Cheryl L. Pollak USMJ

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 22-MJ-798 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

*Executing officer's signature*

*Printed name and title*

**Attachment A**

I. **Device Subject to Search and Seizure**

The device that is the subject of this search and seizure warrant (the "**Subject Device**") is an Asus Laptop Model Expert Book B9450 currently located at the Metropolitan Detention Center and used by inmate Joshua Adam Schulte.

II. **Review of Electronically Stored Information ("ESI") on the Subject Device**

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the **Subject Device** for evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 401(3) (contempt of court) and 1791(a) (possessing contraband in a correctional facility), as well as attempts and conspiracies to commit those offenses and aiding and abetting those offenses (the "Subject Offenses"), described as follows:

k. Evidence relating to the transmission of classified or unclassified discovery materials;

l. Evidence relating to the creation, use, deletion, or attempted creation, use, or deletion of encrypted partitions;

m. Evidence relating to alterations to the BIOS or operating system;

n. Evidence relating to use, access, or attempted use or access of wireless networks;

o. Evidence relating to the use, connection, or attempted use or connection of external devices to the **Subject Device**;

p. Evidence relating to the use or attempted use of the **Subject Device** as a means of communication with third parties;

q. Evidence relating to the identity or identities of the user(s) of the **Subject Device**;

2017.08.02

    r.    Evidence relating to computers, cellphones, computer equipment, or online accounts and facilities (such as additional email addresses) controlled or maintained by the user(s) of the **Subject Device**;

    s.    Passwords or other information needed to access any such computers, cellphones, computer equipment, accounts, or facilities, or to access any encrypted partitions or files on the **Subject Device**; and

    t.    Evidence relating to efforts to conceal any of the above evidence or conduct, including by deleting, destroying, hiding, removing, or encrypting evidence.

This Warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this Warrant in order to locate evidence, fruits, and instrumentalities described in this Warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the investigative agency may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

### III.   Wall Team Search Procedures

    1.    The **Subject Device** will first be reviewed by law enforcement agents and prosecutors who are not part of the prosecution team (the "Wall Team") to segregate out any privileged documents or data.

    2.    The Wall Team will provide non-privileged documents or data to Joshua Adam Schulte or to his counsel-of-record, if any, in *United States v. Schulte*, S3 17 Cr. 548 (JMF), in order to provide Schulte an opportunity to raise any objections to providing that material to the FBI case agents and prosecutors involved in the prosecution.

2017.08.02

3. The Wall Team will then turn over the non-privileged documents and data to the FBI case agents and prosecutors involved in the prosecution two weeks after providing those documents and data to Schulte or his counsel-of-record, unless an objection has been made to the Court with respect to particular documents and data. The FBI case agents and prosecutors involved in the prosecution would review those documents and data for evidence of the Subject Offenses, as described above.