U.S. District Judge Eric R. Komitee
EDNY
225 Cadman Plaza East
Brooklyn, NY 1201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 31 2023 ★
BROOKLYN OFFICE

RE: Schulte v. United States, 22-CV-5841-EK-RML

Dear Judge Komitee:

Attached herein is my Fed. R. Civ. P. 41(g) Motion. As I cannot make copies, this is my only copy of the Motion so I request the Court/clerk to send me a copy once it is docketed to keep for my record and use in my reply. I also remind the court of delays in sending/receiving mail. Although marked as legal mail, the government always rifles through it and particularly delays motions and court filings to give themselves more time and simply to obstruct and hinder the litigation against them.

Respectfully Submitted,
1/14/23 Josh Schulte

RECEIVED IN PRO SE OFFICE
JAN 31 2023
DMB