Judge Eric R. Komitee
U.S.D.C. EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Schulte v. United States, 22-CV-5841-EK-RML

RECEIVED IN PRO SE OFFICE
MAR 21 2023

Dear Judge Komitee:

Can the Court direct the Clerk to mail me a copy of the docket, my Rule 4(g) motion, and amended Complaint? I mailed these documents to the Court a while ago, but don't know whether they were lost or ever arrived—and I do not have a second copy since the MDC refuses to make copies. I have not yet received anything from the government or Court for many months.

Thanks
3/10/23  Josh Schulte

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 21 2023 ★
BROOKLYN OFFICE

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232



NEW YORK NY 100
15 MAR 2023 PM 6 L

ATTN: Schulte v. United States, 22-CV-5841-EK-RML
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299