Judge Eric R. Komitee
U.S.D.C. Eastern District NY
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Schulte v. United States, 22-CV-5841-EK-RML

RECEIVED
MAR 28 2023

Dear Judge Komitee:

As of today, Friday March 17, 2023, I have not received any of the responses due by the government — I haven't received anything at all from them all year. ~~scribble scribble~~ And I have received documents from the government in my pending criminal case, so I know they simply failed to send their due responses. I ask the Court to order the government to send me their replies so I can ~~any~~ begin formulating my response.

Respectfully Submitted,
3/17/23  Josh Schulte

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

Outgoing Legal Mail

ATTN: Schulte v. United States, 22-CV-5841-EK-RML
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

11201-189899