

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Silvio Mollo Building*
*1 St. Andrew's Plaza*
*New York, NY 10007*

March 31, 2023

**BY ECF**

The Honorable Eric R. Komitee
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    *Joshua Adam Schulte v. United States of America*,
            22 Civ. 5841 (ERK)

Dear Judge Komitee:

    The Government respectfully submits this letter in response to plaintiff Joshua Adam Schulte's pro se letter (D.E. 20) asking the Court to "order the Government to send me their replies so I can begin formulating my response."

    The Government served copies of its motion to dismiss the Complaint (D.E. 8 & 9), motion to seal exhibits to Schulte's motion pursuant to Rule 41(g) (D.E. 12), and opposition to Schulte's Rule 41(g) motion (D.E. 16) on Schulte at the Metropolitan Detention Center ("MDC") by U.S. mail. After Schulte filed his letter, the Government checked the delivery status of these mailings by tracking number. The motion to dismiss the Complaint (tracking number 7016 0340 0000 9173 2403) was delivered to the MDC on or about January 26, 2023, and the motion to seal exhibits (tracking number 7016 0340 0000 9173 2397) was delivered on or about February 7, 2023. The opposition to Schulte's Rule 41(g) motion (tracking number 7020 1810 0000 8776 7666) was

identified as "in transit" since on or about March 11, 2023, and, accordingly, on March 30, 2023, the Government mailed a second copy of the motion to Schulte.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

by: _____
     Michael D. Lockard / David W. Denton, Jr.
     Assistant United States Attorneys
     Southern District of New York
     (212) 637-2193 / -2274

Cc:    Joshua Adam Schulte
       (by mail)