Hon. Eric R. Komitee
U.S.D.J. EDNY
225 Cadman Plaza
Brooklyn, NY 11201

RECEIVED IN PRO SE OFFICE

MAR 30 2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 30 2023 ★
SP+3/30/23

BROOKLYN OFFICE

RE: Schulte v. U.S., 22-CV-5841(ERK)

Dear Judge Komitee:

Today, Tuesday March 21st, I finally received the government letters dated March 3, 2023. The envelope is postmarked 10 days ~~also~~ later on March 13, 2023. ~~XXXXXXXXXX~~ The government should have notified the Court of this delay, and I hope in the future that the government provides me a copy at the same time it provides the Court.

The government's letter was incomplete, however, as it did ~~not~~ not provide Exhibit E. See e.g. the government's opposition at 5, "After the execution of the MDC cell search warrant, a supplemental search warrant was issued to seize three additional hard drives." To date, the government has NEVER provided any such search warrant to me. I ask the Court to order the government to provide me this warrant since it saw fit to include it in its motion. I also ask the Court to provide me (if it has not already done so) a copy of my Rule 41(g) motion including my exhibits so that I can properly reference the motion; the MDC does not allow me to make copies. ~~XXXXXXXX~~ Once I receive these materials I ask the Court ~~to approve~~ for approximately 6 weeks to file my reply; I do not expect a long reply, but my disability impedes me. The MDC recently provided me with a typewriter that I will attempt to use.

Finally, I have not received any opposition motions from the government with respect to my motions to remove the illegal search warrants from seal and amended complaint (which I hope the Court has received).

Respectfully Submitted,
Josh Schulte

3/21/23

Josh Schulte #74471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

ATTN: Schulte v. U.S., 22-cv-5841 (EK-RK)
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

11201 $1832 0030



FOREVER USA
PURPLE HEART