U.S.D.J. Komitee
EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

May 3, 2023

RE: Schulte v. U.S., 22-CV-~~5~~ ~~RECEIVED IN POST OFFICE~~

RECEIVED IN PRO SE OFFICE
MAY 12 2023

Dear Judge Komitee:

In my last letters I notified the Court that I no longer had access to pens, papers, or stamps and requested relief; I also notified the Court that I needed access to my Rule 41(g) Motion to reference in my reply. I did not receive relief for either, but Judge Furman in the SDNY temporarily resolved the pens, paper, and stamps issue. I still ask the Court to review and grant my emergency motion for an injunction against the BOP to comply with 28 CFR 541.31(b)(1) and return our access to the commissary since SAMs is administrative segregation — so I can purchase paper, pens, and stamps. See also Schulte v. Warden, MDC, 22-CV-766-EK.

However, I am still missing a copy of my own filed Rule 41(g) motion along with my exhibits. Since I am in solitary, I could not make a copy of it; and I cannot access the docket to download it — I don't even know which docket entry # is. I NEED ACCESS TO MY OWN RULE 41(g) MOTION TO REFERENCE IT IN MY REPLY. CAN THE COURT PLEASE PROVIDE ME WITH A COPY OF MY RULE 41(g) MOTION, EXHIBITS, AND A COPY OF THE DOCKET?

REQUIREMENTS REMAINING TO FILE REPLY:
1) COPY OF PLAINTIFF'S RULE 41(g) MOTION AND EXHIBITS — Docket entry unknown
2) COPY OF DOCKET

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 15 2023 ★
BROOKLYN OFFICE

Thanks,
5/3/23 Josh Schulte

Josh Schulke #74471054
MDC
P.O. Box 324002
Brooklyn, NY 11232

23-74471054-0508-MDC

ATTN: Schulke v. Warden, MDC, 22-CV-766-EK
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201