UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JOSH SCHULTE,

    Plaintiff,         JUDGMENT
                  22-CV-5841(EK)(RML)

    -against-

UNITED STATES OF AMERICA,

    Defendant.
------------------------------------------------------------ X

  A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on May 25, 2023, dismissing the complaint without prejudice; it is

  ORDERED and ADJUDGED that the complaint is dismissed without prejudice.

| | |
|---|---|
| Dated: Brooklyn, NY<br>   May 26, 2023 | Brenna B. Mahoney<br>Clerk of Court |
| | By: */s/Jalitza Poveda*<br>   Deputy Clerk |