FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 12 2023 ★
BROOKLYN OFFICE

RECEIVED IN PRO SE OFFICE
JUL 12 2023

SP → 7/12/23

Clerk of Court,

I recently received a returned document because my case was dismissed without prejudice. Schulte v. United States, 22-CV-5841-EK

I am trying to file a motion for reconsideration. If I must file that through specific forms, can you provide those forms for me?

I requested the Judge adopt an amended Complaint, but if he does not then I will need to re-file with the Amended Complaint filed in this case — See Dkt. 15 including attachments 1 & 2. Can the clerk please provide these documents since I am incarcerated and in forma pauperis?

I have also been trying to get a copy of the Rule 41(g) motion including exhibits, Dkt 11. Could the clerk also provide this document?

My Mailing address:
Josh Schulte #74471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

Thank You!!

6/10/23    Josh Schulte

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
10 JUL 2023 PM 14 L

Clerk of Courts Pro Se Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201
23-79471-054-0707-M02

11201-183299